# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| VERNON BONNER, | Civil 03-6347 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| BUREAU OF PRISONS, T. C. OUTLAW, S. McINTOSH, And UNKNOWN OFFICER, | |
| Defendants. | |

Vernon Bonner, 5072 Carolina Street, Gary, IN 46409, pro se plaintiff.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated October 29, 2010 [Docket No. 120]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's motion for summary judgment [#103] is **GRANTED**;

2. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 19, 2010
at Minneapolis, Minnesota               ____s/ John R. Tunheim_____
                                        JOHN R. TUNHEIM
                                        United States District Judge